### 1400.    COLLINS *v.* THE STATE.

POWELL, J. This case is controlled by *Mulkey* v. *State,* 1 *Ga. App.* 521 (57 S. E. 1022).    *Judgment reversed.*

Accusation of cheating, etc., from city court of Miller county— Judge Bush.    September 8, 1908.

Submitted October 27,—Decided November 10, 1908.

*William I. Geer,* for plaintiff in error.

*N. L. Stapleton, solicitor,* contra.